# IN THE UNITED STATES COURT OF APPEALS
## FOR THE FIFTH CIRCUIT

United States Court of Appeals
Fifth Circuit

**FILED**
November 18, 2015

Lyle W. Cayce
Clerk

No. 14-60931
Summary Calendar

MIGUEL RAMON VENTURA-CUTEREZ; LUIS ANTONIO VENTURA-CUTEREZ,

Petitioners

v.

LORETTA LYNCH, U.S. ATTORNEY GENERAL,

Respondent

Petition for Review of an Order of the
Board of Immigration Appeals
BIA No. A201 103 876
BIA No. A201 103 877

Before DAVIS, JONES, and GRAVES, Circuit Judges.

PER CURIAM:[*]

Miguel Ramon Ventura-Cuterez and Luis Antonio Ventura-Cuterez, natives and citizens of Guatemala, petition for review of the order of the Board of Immigration Appeals (BIA) denying their motion to reconsider the BIA's dismissal of their appeal from the immigration judge's order that they be removed to their native country. *See* 8 U.S.C. § 1229a(c)(6)(A). They did not

---

[*] Pursuant to 5TH CIR. R. 47.5, the court has determined that this opinion should not be published and is not precedent except under the limited circumstances set forth in 5TH CIR. R. 47.5.4.

No. 14-60931

file a petition for review of the BIA's underlying order dismissing the appeal of the removal order, and thus we have no authority to entertain their arguments pertaining to the underlying order of dismissal. *See Henderson ex rel. Henderson v. Shinseki*, 562 U.S. 428, 437 (2011); *Kane v. Holder*, 581 F.3d 231, 238 n. 14 (5th Cir. 2009).

A denial of a motion to reconsider is assessed under a "highly deferential abuse of discretion standard." *Zhao v. Gonzales*, 404 F.3d 295, 303 (5th Cir. 2005). Petitioners' brief fails to address the question whether the BIA abused its discretion by denying their motion to reconsider. Consequently, petitioners have arguably abandoned their only claim. *See Yohey v. Collins*, 985 F.2d 222, 224-25 (5th Cir. 1993). Moreover, to such extent as the brief may be liberally construed to argue that the denial of the reconsideration motion must be reversed under the highly deferential abuse of discretion standard of *Zhao*, 404 F.3d 295, the argument fails. Males who have been recruited by, but refused to join, the Mara 18 gang do not have "particular [social] group status." *Orellano-Monson*, 685 F.3d at 521.

**PETITION DENIED.**